```
                          FILED
                          August 27, 2010
                          CLERK, US DISTRICT COURT
                          EASTERN DISTRICT OF
                          CALIFORNIA
                          DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.  2:10-mj-255 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| GABRIEL FERNANDO GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Gabriel Fernando Garcia</u>; Case   <u>2:10-mj-255</u>

<u>KJM</u>   from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

      \_\_    Release on Personal Recognizance

      \_\_    Bail Posted in the Sum of _____

      \_\_    Unsecured bond in the amount of

      \_\_    Appearance Bond with 10% Deposit

      \_\_    Appearance Bond secured by Real Property

      \_\_    Corporate Surety Bail Bond

      <u>X</u>    (Other) <u>Pretrial conditions/supervision;</u>


Issued at   <u>Sacramento, CA</u>   on   <u>8/27/2010</u>    at   <u>2:37 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge